FORREST BOOTH (SBN 74166)
forrest.booth@kennedyslaw.com
SUSAN F. DENT (SBN 292900)
susan.dent@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:        415-323-4460
Facsimile:        415-323-4445

Attorneys for Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>             Defendants. | Case No. 1:21-cv-00970-EPG<br><br>Assigned for All Purposes to the Hon. Erica P. Grosjean<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE OF TEMPLETON MARSH, LTD.**<br><br>[[Fed. Rule Civ. Proc. 24(A) & 24(B)]]<br><br>Date: October 15, 2021<br>Time: 10:00 a.m.<br>Department:  Courtroom 10<br><br>Complaint Filed:  June 18, 2021<br>Trial Date:  TBD |

1

**TO THE COURT, PLAINTIFF AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on such time as the Court may elect to schedule this matter for hearing in Courtroom 10 of this Court, located within the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, proposed Plaintiff-in-Intervention TEMPLETON MARSH, LTD., a Canadian corporation, ("Templeton Marsh") will move this court for an order granting its motion to intervene.

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Templeton Marsh seeks to intervene as a Plaintiff-in-Intervention in this matter, in order to assert the claims set forth in the proposed Complaint-in-Intervention, a copy of which is attached hereto as **Exhibit A**. Templeton Marsh seeks to intervene as of right, or alternatively seeks permissive intervention.

The instant Motion to Intervene as of right is based on the grounds that Templeton Marsh claims an interest in the contractual transaction that is the subject of this action, and is so situated that the disposition of this action may as a practical matter impair or impede its interest, in particular, that Ninth Circuit case law holds parties have a right to intervene; that Templeton Marsh's Motion is timely; and that allowing Templeton Marsh to intervene will not unduly delay or prejudice existing parties' rights and that applicant is best able to represent its interests in the litigation.

Templeton Marsh's alternative request for permissive intervention is based on the grounds that Templeton Marsh has claims that share with the main action common questions of law and fact; that Templeton Marsh's Motion is timely; and that allowing it to intervene will not unduly delay or prejudice existing parties' rights.

This Motion is further based on the accompanying Memorandum of Points and Authorities in Support Thereof; on the Declaration of Susan F. Dent in Support of Motion to Intervene, on all pleadings, papers, and records on file in this action, and on such other and further evidence and oral argument as may be presented by Defendants at or before the hearing on this motion.

Prior to filing this Motion, counsel for Templeton Marsh met and conferred with counsel for Plaintiff and counsel for Defendants. As is outlined in the Declaration of Susan F. Dent in Support of Motion to Intervene filed concurrently herewith, while Plaintiff does not oppose the instant Motion, Defendants were not willing to stipulate to the intervention sought herein.

Respectfully Submitted,

DATED:    September 15, 2021        KENNEDYS CMK LLP


By: /s/*Susan F. Dent*
FORREST BOOTH
SUSAN F. DENT

Attorneys for proposed Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

NOTICE OF MOTION TO INTERVENE OF TEMPLETON MARSH, LTD.
Case No. 1:21-cv-00970-EPG