FORREST BOOTH (SBN 74166)
forrest.booth@kennedyslaw.com
SUSAN F. DENT (SBN 292900)
susan.dent@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:        415-323-4460
Facsimile:        415-323-4445

Attorneys for Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>Defendants. | Case No. 1:21:-cv-00970-NONE-EPG<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF TEMPLETON MARSH, LTD.**<br><br>Date:  October 15, 2021<br>Time:  10:00 a.m.<br>Courtroom: 10<br><br>Complaint Filed:  June 18, 2021<br>Trial Date:  TBD |

1

The Court, having considered the papers submitted by the parties, and argument of counsel, HEREBY ORDERS as follows:

The Motion to Intervene filed by Plaintiff-in-Intervention TEMPLETON MARSH, LTD., a Canadian corporation, is hereby GRANTED.  The Proposed Complaint-in-Intervention submitted shall be deemed filed as of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Erica P. Grosjean
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

2

ORDER GRANTING MOTION TO INTERVENE OF TEMPLETON MARSH, LTD.
Case No. 1:21:-cv-00970-EPG