Exhibit B

4:50

LTE

**CW**

CJ >

Today 4:46 PM

thank you for bringing these foxes into my henhouse. i'll be serving your firm as a result of foundation attempting to extort me.

I'm sorry ? What is prompting this

Delivered

iMessage