Exhibit C

# REDACTED

**From:** CJ Wilson <cj.wilson@bmwfresno.com>
**Sent:** June 10, 2021 7:06 PM
**To:** Samir Akhavan <samir@templetonmarsh.com>
**Cc:** Martiin Couture <martiin@templetonmarsh.com>; Landon Robertson <landon@templetonmarsh.com>
**Subject:** [EXTERNAL] Re: Your text messages

Very clearly- the client you produced has sent me outright threats, and now has filed a formal breach action against me.

I will not be selling the dealership to Kevin and his team as a result of these dishonest actions- especially considering the massive delays (a year) and risks posed by delaying initiation of construction programs, now I have millions of dollars of escrowed factory funds at risk, and now apparently will have a lawsuit to defend.

Please consider this official notice that I have no desire to retain yourself, Martiin, or any agent of Templeton Marsh in any capacity as a broker, finder, or dealmaker.

-CJ


**From:** "samir" <samir@templetonmarsh.com>
**To:** "CJ Wilson" <cj.wilson@bmwfresno.com>
**Cc:** "martiin" <martiin@templetonmarsh.com>, "Landon Robertson" <landon@templetonmarsh.com>
**Sent:** Thursday, June 10, 2021 3:59:53 PM
**Subject:** Your text messages

CJ
I have viewed your text message to Martiin.
Please phone me to discuss.


--

1

**CJ Wilson**
Owner/ Collector Car
Specialist
BMW Fresno

---

tel: 559.447.6700
m:  602.918.3626
CJ.Wilson@bmwfresno.com

BMW Fresno
7171 N. Palm
Ave.
Fresno, CA 93650

---

**map | yelp | instagram | facebook**          **bmwfresno.com**

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

---