Exhibit D

| | |
|---|---|
| **From:** | Samir Akhavan <samir@templetonmarsh.com> |
| **Sent:** | Saturday, June 12, 2021 12:07 PM |
| **To:** | CJ Wilson |
| **Cc:** | Martiin Couture; Landon Robertson |
| **Subject:** | RE: [EXTERNAL] Re: Your text messages |
| **Attachments:** | Rep Agmnt, C J Wilson et al20210612.pdf |

Dear CJ,

We are in receipt of your June 10, 2021 e-mail which alleges you have given "official notice that [you] have no desire to retain myself, Martiin, or any agent of Templeton Marsh in any capacity as a broker, finder, or dealmaker."

In response to these statements, please find attached a fully executed copy of the Representation Agreement between Templeton Marsh and CJ Wilson on behalf of CJ's Road to Lehmans, Corp. The Representation Agreement, signed by you, outlines your ongoing obligations to Templeton Marsh. Thus, your e-mail notice is not an effective severance of your ongoing contractual obligations to Templeton Marsh.

Further, we understand that all pre-closing requirements for Foundation Automotive Group's purchase of CJ's Road to Lemans Corp. have now been satisfied. Thus, per the Asset Purchase Agreement between those two entities, the transaction is set to close. Templeton Marsh is owed the entirety of its Success Fee from you, pursuant to your contract, upon closing. Templeton Marsh intends to protect its interests pursuant to the attached Representation Agreement, and reserves the right to and will pursue any recourse available to it for timely, complete payment of its Success Fee.

Please confirm that you will be adhering to the terms of our Representation Agreement, which is still in full force and effect.



**From:** CJ Wilson <cj.wilson@bmwfresno.com>
**Sent:** June 10, 2021 7:06 PM
**To:** Samir Akhavan <samir@templetonmarsh.com>
**Cc:** Martiin Couture <martiin@templetonmarsh.com>; Landon Robertson <landon@templetonmarsh.com>
**Subject:** [EXTERNAL] Re: Your text messages

Very clearly- the client you produced has sent me outright threats, and now has filed a formal breach action against me.

I will not be selling the dealership to Kevin and his team as a result of these dishonest actions- especially considering the massive delays (a year) and risks posed by delaying initiation of construction programs, now I have millions of dollars of escrowed factory funds at risk, and now apparently will have a lawsuit to defend.

Please consider this official notice that I have no desire to retain yourself, Martiin, or any agent of Templeton Marsh in any capacity as a broker, finder, or dealmaker.

-CJ

1

**From:** "samir" <samir@templetonmarsh.com>
**To:** "CJ Wilson" <cj.wilson@bmwfresno.com>
**Cc:** "martiin" <martiin@templetonmarsh.com>, "Landon Robertson" <landon@templetonmarsh.com>
**Sent:** Thursday, June 10, 2021 3:59:53 PM
**Subject:** Your text messages

CJ
I have viewed your text message to Martiin.
Please phone me to discuss.



--
## CJ Wilson
Owner/ Collector Car Specialist
BMW Fresno



| | |
|---|---|
| tel: 559.447.6700 | BMW Fresno |
| m:  602.918.3626 | 7171 N. Palm Ave. |
| CJ.Wilson@bmwfresno.com | Fresno, CA 93650 |

**map | yelp | instagram | facebook**          **bmwfresno.com**

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

2