EXHIBIT 1

FORREST BOOTH (SBN 74166)
forrest.booth@kennedyslaw.com
SUSAN F. DENT (SBN 292900)
susan.dent@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:        415-323-4460
Facsimile:        415-323-4445

Attorneys for Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>      v.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>        Defendants. | Case No. 1:21-cv-00970-EPG<br><br>**[PROPOSED] COMPLAINT IN INTERVENTION FOR BREACH OF CONRACT BY TEMPLETON MARSH, LTD.**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:  October 15, 2021<br>Time:  10:00 a.m.<br>Department:  10<br><br>Complaint Filed:  June 18, 2021<br>Trial Date:  TBD |

1

Templeton Marsh LTD brings this Complaint-in-Intervention for Breach of Contract against Defendants WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California, on the following grounds:

**THE PARTIES**

1. Plaintiff-in-Intervention Templeton Marsh LTD is a Canadian corporation which specializes in introducing prospective buyers and sellers for automotive dealership transactions. Its headquarters and principal place of business is located in Toronto, Ontario, Canada.

2. Plaintiff  Foundation Auto Holdings, LLC ("Foundation" or "buyers") is a Delaware limited liability company.  The company's only member is Foundation Automotive U.S. Corp., a company formed under the laws of the State of Delaware and which maintains a principal place of business in Houston, Texas.

3. Defendant Weber Motors, Fresno, Inc. d/b/a BMW Fresno ("Weber") is a California corporation.  It owns and operates a BMW dealership located at 7171 N. Palm Ave., Fresno, California 93650.

4. Defendants CJ's Road to Lemans Corp. d/b/a Audi Fresno and Porsche Fresno ("Lemans") is a  California corporation.  It owns and operates an Audi dealership and a Porsche dealership, each of which are located at 7121 N. Palm Ave., Fresno, California 93650.

5. Defendant Christopher John Wilson ("Wilson") is an individual and resident of the State of California.  Wilson is the trustee of the trust that is the primary owner of Defendants Weber and Lemans.

**JURISDICTION AND VENUE**

6. The Court has original jurisdiction over the present action under 28  U.S.C. section 1332, because complete diversity of citizenship exists between the parties, and will continue to exist when the Court grants intervention. The amount in controversy exceeds $75,000.

2

7. Venue is proper within this district pursuant to 28 U.S.C. sections 1391 (b)(1) and 1391(b)(2). One or more of the Defendants reside in this District. In addition, a substantial part of the events or acts giving rise to the claim occurred in this District.

## GENERAL ALLEGATIONS

8. Foundation filed this lawsuit on June 18, 2021, seeking a judgment against Defendants for breach of contract, based, among other things, on Defendants' breach of an Asset Purchase Agreement for the sale of three auto dealerships in the Fresno, California area.

9. Templeton Marsh LTD has a direct and immediate interest in the outcome of this lawsuit in which Foundation seeks to establish breach of contract liability against all Defendants. Intervention will not enlarge the issues raised by Foundation. Intervention will not prejudice any party at this early stage of litigation.

10. Templeton Marsh LTD, therefore, intervenes in this lawsuit to seek a judgment ruling in Templeton Marsh LTD's favor that Defendants breached the Representation Agreement between them, and further, for specific performance of said agreement, all as further set forth herein.

## FACTUAL ALLEGATIONS

11. On April 30, 2020, Templeton Marsh LTD entered into a Representation Agreement (the "Representation Agreement") with Defendant CHRISTOPHER JOHN WILSON ("CJ Wilson" or "Seller"), who is the owner and operator of the named defendants WEBER MOTORS, FRESNO INC. d/b/a BMW Fresno and CJ's ROAD TO LEHMANS d/b/a Audi Fresno and Porsche Fresno (collectively hereinafter "the CJ Wilson Defendants"). CJ Wilson signed the Representation Agreement on behalf of all CJ Wilson Defendants.

12. Paragraph 6 of the Representation Agreement provides that Templeton Marsh LTD is entitled to a Success Fee either of (1) 5% of the total value of the goodwill, fixed asserts, intangible assets, and party inventories of the transaction completed between the CJ Wilson Defendants and any potential buyer or (2) in the event the land and buildings in use for the auto dealerships are leased, 2% of the value of the transaction completed between the CJ Wilson

3

defendants and any potential buyer. A true and correct copy of this agreement is attached hereto as **Exhibit A**.

13. Section 5 of the Representation Agreement provides that the CJ Wilson Defendants will fully cooperate with any and all conditions incident to sale, and warrants they will not attempt to circumvent the obligation to pay the Success Fee.

14. Further, Section 7 of Representation Agreement provides that where a Success Fee is owed to Templeton Marsh LTD, the CJ Wilson Defendants irrevocably authorize direct payment of same from the ultimate buyer.

15. Pursuant to the Representation Agreement, Templeton Marsh LTD introduced CJ Wilson to Plaintiff Foundation. Thereafter, as outlined in Foundation's Complaint for Damages, CJ Wilson became increasingly uncooperative and unresponsive to both Foundation and to Templeton Marsh LTD.

16. The original Asset Purchase Agreement ("APA") between Foundation and the CJ Wilson Defendants provided the Closing Date for the contemplated transactions was to occur no later than January 30, 2021. Upon information and belief, the Asset Purchase Agreement automatically extended the Closing Date Deadline by up to an additional 150 days as necessary in connection with certain required approvals from the State of California and the associated manufacturers.

17. After several delays and months of non-responsiveness from CJ Wilson, on June 10, 2021 Templeton Marsh LTD's employee Martiin Couture received a text message from CJ Wilson indicating he was no longer willing to cooperate with the Foundation purchase and sale. A true and correct copy of this message is attached hereto as **Exhibit B**.

18. On June 10, 2021 Templeton Marsh LTD's principal, Samir Akhavan, wrote to CJ Wilson requesting he call to discuss the message to Mr. Couture. CJ Wilson replied confirming (1) that he was refusing to sell the dealership to Foundation, and (2) to consider that e-mail "official notice that I have no desire to retain yourself, Martiin, or any agent of Templeton Marsh in any capacity." A true and correct copy of this e-mail correspondence is attached hereto as **Exhibit C**.

4

COMPLAINT IN INTERVENTION OF TEMPLETON MARSH, LTD.
Case No. 1:21-cv-00970-EPG

19. On June 12, 2021, Samir Akhavan sent CJ Wilson a written demand for assurances that he would be upholding the various cooperation clauses of the Representation Agreement. A true and correct copy of the June 12, 2021 correspondence is attached hereto as **Exhibit D**.

20. The same day, CJ Wilson responded by stating "any proposed transfer of any interest is cancelled and I will not in any way be selling the dealership." This June 12, 2021 correspondence is attached hereto as **Exhibit E**.

21. On June 18, 2021, Foundation filed the instant Complaint for Damages in this matter for breach of contract, seeking in excess of $5,000,000 in damages. As of the date of this filing, the CJ Wilson Defendants are still refusing to finalize the sale.

### [BREACH OF CONTRACT]

### (Against each of the CJ Wilson Defendants)

22. Templeton Marsh LTD re-alleges and incorporates paragraphs 1-21 above, as though fully set forth herein.

23. Templeton Marsh LTD and the CJ Wilson defendants entered into a Representation Agreement on April 30, 2020.

24. The Representation Agreement is a valid and enforceable contract as a matter of California law.

25. At all relevant rimes herein, Templeton Marsh LTD proceeded in good faith with respect to its obligations under the Representation Agreement and, further, timely performed its obligations under the Representation Agreement.

26. The CJ Wilson defendants, however, failed to perform their obligations under the Representation Agreement. These breaches include, but are not limited to:

   a. Failure to cooperate in a timely manner with the obligations set forth within the Representation Agreement;

   b. Failure to provide assurances of their intent to proceed with payment of the Success Fee in good faith, and to comply with their obligations under the Representation Agreement, in violation of Section 5 of the Representation Agreement;

5

c. Improperly, unilaterally attempting to terminate the Representation Agreement in violation of Section 10 of the Representation Agreement;

d. Unilaterally breaching the Representation Agreement, without cause; and

e. Improperly and falsely denying that preconditions of the sale agreement with Foundation had been met.

27. The CJ Wilson Defendants' breaches of their obligations under the Representation Agreement have caused and will cause Templeton Marsh LTD to suffer significant monetary damages in an amount that Templeton Marsh LTD will prove at trial.

28. Templeton Marsh also seeks specific performance of the Representation Agreement upon the closing of the auto dealership sale between Foundation and the CJ Wilson Defendants.

**CONCLUSION**

Wherefore Plaintiff-in-Intervention Templeton Marsh LTD prays for relief from the Court as follows:

For expectation and reliance damages to be proven at trial;

For special damages for breach of contract, and otherwise, in an amount to be proven at trial;

For Specific Performance of payment of the Success Fee per the terms of the Representation Agreement;

For the attorney fees and costs incurred in pursuing this action; and

For such other relief as the court may deem just and proper.

**JURY DEMAND**

Templeton Marsh LTD hereby demands a jury trial under Fed. R. Civ. P. 38(b) on all claims, issues, or defenses triable by right.

DATED:    September 15, 2021                     KENNEDYS CMK LLP


By: /s/ *Susan F. Dent*
_____

6

COMPLAINT IN INTERVENTION OF TEMPLETON MARSH, LTD.
Case No. 1:21-cv-00970-EPG

FORREST BOOTH
SUSAN F. DENT

Attorneys for Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

7