FORREST BOOTH (SBN 74166)
forrest.booth@kennedyslaw.com
SUSAN F. DENT (SBN 292900)
susan.dent@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:        415-323-4460
Facsimile:        415-323-4445

Attorneys for Plaintiff-in-Intervention
TEMPLETON MARSH, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>Defendants. | Case No. 1:21:-cv-00970-EPG<br><br>Assigned for All Purposes to the Hon. Erica P. Grosjean<br><br>_____<br>**DECLARATION OF SUSAN F. DENT IN SUPPORT OF MOTION TO INTERVENE OF TEMPLETON MARSH, LTD.**<br><br>Date: October 15, 2021_____<br>Time: 10:00 AM<br>Courtroom:  10<br><br>Complaint Filed:  June 18, 2021<br>Trial Date:  TBD |

DECLARATION OF SUSAN F. DENT IN SUPPORT OF MOTION TO INTERVENE OF
TEMPLETON MARSH, LTD., CASE NO. 1:21-CV-00970-EPG

I, SUSAN F. DENT, declare as follows:

1.	I am an attorney at law duly licensed to practice before all the State and Federal Courts of the State of California and an associate in the law firm of KENNEDYS CMK LLP, attorneys of record for TEMPLETON MARSH, LTD., a Canadian corporation, ("Templeton Marsh"). I have personal knowledge of and could competently testify to the matters set forth herein if called upon to do so.

2.	Our firm received notice of the instant lawsuit on July 31, 2021. Immediately thereafter, I contacted counsel for Plaintiff and began meeting and conferring as to the possibility of joinder and/or intervention.

3.	I spoke with Plaintiff's counsel on or about August 16, 2021. Plaintiff's counsel indicated it would not oppose the instant Motion.

4.	On or about August 25, 2021, our firm spoke with Defendant's counsel, Thomas Van. Mr. Van did not take a position as to whether his client would oppose the instant Motion, however he did decline to stipulate to the proposed Complaint-in-Intervention.

5.	Templeton Marsh LTD is a Canadian corporation, incorporated under the laws of Ontario, Canada. Attached hereto as **Exhibit 1** is a true and correct copy of Templeton Marsh LTD's Certificate of Good Standing, dated June 14, 2021.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 15th day of September 2021, in San Francisco, California.

/s/ *Susan F. Dent*
Susan F. Dent

2
DECLARATION OF SUSAN F. DENT IN SUPPORT OF MOTION TO INTERVENE OF
TEMPLETON MARSH, LTD., Case No. 1:21:-cv-00970-EPG