EXHIBIT 1

Request ID:          026301628
Demande n° :
Transaction ID:   79623134
Transaction n° :
Category ID:       CT
Catégorie :

Province of Ontario
Province de l'Ontario
Ministry of Government Services
Ministère des Services gouvernementaux

Date Report Produced:  2021/06/14
Document produit le :
Time Report Produced:  17:35:37
Imprimé à :

Case 1:21-cv-00970-EPG   Document 16-11   Filed 09/15/21   Page 2 of 2

# CERTIFICATE OF STATUS
# ATTESTATION DU STATUT JURIDIQUE

This is to certify that according to the records of the Ministry of Government Services

D'après les dossiers du Ministère des Services gouvernementaux, nous attestons que la société

**T E M P L E T O N   M A R S H   L T D .**

Ontario Corporation Number

Numéro matricule de la société (Ontario)

**0 0 2 4 3 9 8 6 8**

is a corporation incorporated, amalgamated or continued under the laws of the Province of Ontario.

est une société constituée, prorogée ou née d'une fusion aux termes des lois de la Province de l'Ontario.

The corporation came into existence on

La société a été fondée le

**O C T O B E R   2 9   O C T O B R E ,   2 0 1 4**

and has not been dissolved.

et n'est pas dissoute.

Dated

Fait le

**J U N E   1 4   J U I N ,   2 0 2 1**

Director
Directeur

The issuance of this certificate in electronic form is authorized by the Director of Companies and Personal Property Security Branch.

La délivrance du présent certificat sous forme électronique est autorisée par la Directrice de la Direction des compagnies et des sûretés mobilières.