UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WEBER MOTORS, FRESNO, INC., et al.,<br><br>Defendants. | Case No. 1:21-cv-00970-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT MOTION TO INTERVENE<br><br>(Docs. 16, 23.) |

Before the court is proposed plaintiff-in-intervention Templeton Marsh, Ltd.'s motion to intervene.  (Doc. 16).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 8, 2021, the assigned magistrate judge entered findings and recommendations recommending that the motion to intervene be granted.  (Doc. 23.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 10.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper

1

analysis. Accordingly,

1. The findings and recommendations entered on December 8, 2021 (Doc. No. 23) are adopted in full; and
2. Proposed plaintiff-in-intervention Templeton Marsh's motion to intervene (Doc. No. 16) is granted.

IT IS SO ORDERED.

Dated:  **January 25, 2022**

_____
UNITED STATES DISTRICT JUDGE

2