JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lilia Elizabeth Haller,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-01050-JLT-GSA<br><br>STIPULATION AND | ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from January 31, 2023 to March 17, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time. Good cause exists for the requested extension. For the weeks of January 31, 2023 and February

1

6, 2023, Counsel currently has 32 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through March 2023 (with a possible extension of parental leave).

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: January 26, 2023       PENA & BROMBERG, ATTORNEYS AT LAW

                                By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff

Dated: December _, 2022      PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation
                                   Social Security Administration

                                   By:  */s/ Ellinor R. Coder*
                                   Ellinor R. Coder
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on Jan. 26, 2023)

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **January 27, 2023**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE