Jonathan A. Michaels, Esq. – CA Bar No. 180455
(jmichaels@defectattorney.com)
John M. Whelan, Esq. – CA Bar No. 174928
(jwhelan@defectattorney.com)
Jonathan Lopez, Esq. – CA Bar No. 310151
(jlopez@defectattorney.com)
**MLG ATTORNEYS AT LAW, APLC**
600 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
Telephone: (949) 581-6900
Facsimile: (949) 581-6908

Attorneys for Defendants,
CJ's Road to Lemans Corp. d/b/a Audi Fresno and Porsche Fresno
and Christopher John Wilson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISON

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br>    vs.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br>        Defendants. | Case No. 1:21-cv-00970-JLT-EPG<br><br>**NOTICE OF WITHDRAWAL OF MATTHEW VAN FLEET AS COUNSEL** |

NOTICE OF WITHDRAWAL OF MATTHEW VAN FLEET AS COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mr. Matthew Van Fleet, Esq. is no longer affiliated with MLG Attorneys at Law, APLC and is not counsel of record for CJ's Road to Lemans Corp. d/b/a Audi Fresno and Porsche Fresno and Christopher John Wilson. Mr. Jonathan A. Michaels, Esq. and Mr. John M. Whelan, Esq. will maintain their roles as legal counsel for CJ's Road to Lemans Corp. d/b/a Audi Fresno and Porsche Fresno and Christopher John Wilson.

**MLG ATTORNEYS AT LAW**

Dated: April 23, 2024          By: _____
Jonathan A. Michaels, Esq.
John M. Whelan, Esq.
Jonathan Lopez, Esq.
Attorneys for Defendants,
Weber Motors Fresno, Inc. d/b/a BMW
Fresno; CJ's Road to Lemans Corp, d/b/a
Audi Fresno and Porsche Fresno and
Christopher John Wilson

**NOTICE OF WITHDRAWAL OF MATTHEW VAN FLEET AS COUNSEL**

**CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

I hereby certify under penalty of perjury that on this 23rd day of April 2024, a copy of the foregoing:

**1.) NOTICE OF WITHDRAWAL OF MATTHEW VAN FLEET AS COUNSEL**

was filed electronically.

    X     This filing was served electronically to all parties by operation of the Court's electronic filing system.

*/s/ Sabrina Markarian*

1

**NOTICE OF WITHDRAWAL OF MATTHEW VAN FLEET AS COUNSEL**