POWERED BY
MLG
ATTORNEYS AT LAW

600 Anton Blvd.
Suite 1240
Costa Mesa, CA 92626

office 949.581.6900
fax 949.581.6908

April 25, 2024

**Via Pacer**

United States Magistrate Judge Erica P. Grosjean
United States District Court – Eastern District of California
2500 Tulare Street, Courtroom 10, 6th Floor
Fresno, CA  93721

Re:   Foundation Auto Holdings, LLC v. Weber Motors, Fresno, Inc., et al.
      USDC Eastern District California, Case No. 1:21-cv-00970-JLT-EPG
      Defendants' Informal Discovery Dispute Letter Brief

Dear Magistrate Judge Grosjean:

Counsel for Defendants Weber Motors, Fresno, Inc., CJ's Road to LeMans Corp. and Christopher John Wilson submits this letter in advance of the Telephonic Informal Discovery Dispute Conference scheduled for April 26, 2024 at 10:30 a.m. in Courtroom  10 before Magistrate Judge Erica P. Grosjean.

In the summer of 2020, Plaintiff Foundation Auto Holdings, LLC ("Foundation") and Defendants began to negotiate the terms of a transaction whereby Foundation would become the majority owner of BMW, Audi and Porshe automobile dealerships owned by Weber Motors, Fresno, Inc. and CJ's Road to LeMans Corp.  On November 30, 2020, the parties entered into an asset purchase agreement which documented this transaction.

In June 2021, Defendants notified Foundation that it had terminated the asset purchase agreement in compliance with the agreement's terms.  On June 18, 2021, Foundation filed its complaint to initiate this action.  On November 1, 2022, Foundation filed its First Amended Complaint alleging causes of action against Defendants for Breach of Contract and Anticipatory Breach of Contract.

Foundation served a Request For Production of Documents, Set No. Two, to each Defendant, to which each Defendants responded.  The requests to defendants Weber Motors, Fresno, Inc. and CJ's Road to LeMans Corp. were identical.  The request to defendant Christopher John Wilson was substantially similar to the requests to the other defendants, with a few exceptions.

Defendants refused to produce documents in response to the following requests:



600 Anton Blvd.
Suite 1240
Costa Mesa, CA 92626

office 949.581.6900
fax 949.581.6908

**Requests for Defendants' audited financial statements (RFPD No. 18 for all Defendants) profit and loss statements (RFPD No. 19 for all Defendants) from January 1, 2020 to the present**

Defendants refused to produce documents in response to these requests on the grounds that the requests sought irrelevant, private, confidential and proprietary information. The Defendants' financial performance since January 2020 is not relevant to the claims raised in Foundation's complaint.

Furthermore, to the extent the dealerships' financial records could be determined to be relevant, Mr. Wilson's clearly are not.

**Request for all communications related to Mr. Wilson's trust and his net worth (RFPD No. 31 for Wilson)**

Mr. Wilson refused to produce documents in response to this request on the grounds that the request sought irrelevant, private, confidential and proprietary information. Mr. Wilson's trust and his net worth have no relevance to the claims raised in Foundation's complaint.

**Requests for documents related to Defendants' liability to multi-employer union pension funds other than IAM National Pension Fund (RFPD No. 21 for all Defendants)**

Defendants objected to this request on the grounds that the request was vague, overbroad, sought irrelevant, private, confidential and proprietary information, and invaded the attorney-client and work product privileges. The Defendants' liability to pension funds other than IAM National is not relevant to the claims raised in Foundation's complaint.

**Requests for documents to show identity of all persons who are shareholders, owners or hold equity interest in the dealerships (RFPD No. 31 for Weber and LeMans), for number of shares held by owner (RFPD No. 32 for Weber and LeMans), and equity ownership of dealerships by and trust (RFPD No. 33 for Weber and LeMans)**

The dealerships objected to these requests on the grounds that the requests sought irrelevant, private, and confidential information. The identity of persons who hold an equity interest in the dealerships is not relevant to the claims raised in Foundation's complaint.

Los Angeles  |  Orange County  |  Sacramento  |  San Bernardino  |  San Diego  |  San Francisco

600 Anton Blvd.
Suite 1240
Costa Mesa, CA 92626

office 949.581.6900
fax 949.581.6908

**Requests for all communications regarding the decision to terminate the asset purchase agreement (RFPD No. 35 for Weber and LeMans; RFPD No. 33 for Wilson)**

The Defendants objected to these requests on the grounds that the requests sought information protected from disclosure by the attorney-client privilege and work product doctrine.

**Requests for all documents regarding decision to relocate dealerships to Clovis, California, as reported in *Fresno Bee* article (RFPD No. 37 for Weber and LeMans; RFPD No. 35 for Wilson)**

The Defendants objected to these requests on the grounds that the requests sought irrelevant, private, and confidential information.  Any decision to relocate the dealerships is not relevant to the claims raised in Foundation's complaint.

**Requests for all documents to identify all partners in relocation to Clovis (RFPD No. 38 for Weber and LeMans; RFPD No. 36 for Wilson)**

The Defendants objected to these requests on the grounds that the requests sought irrelevant, private, and confidential information.  Any decision to relocate the dealerships is not relevant to the claims raised in Foundation's complaint.

**Requests for the settlement agreement with Audi in matter before California New Motor Vehicle Board, Protest No. PR-2788-22 (RFPD No. 42 for Weber and LeMans; RFPD No. 40 Wilson), for all documents submitted in the matter to the New Motor Vehicle Board (RFPD No. 43 for Weber and LeMans; RFPD No. 41 for Wilson)**

The Defendants objected to these requests on the grounds that the requests sought irrelevant, private, and confidential information.  The dealerships protest before the New Motor Vehicle Board regarding Audi's attempt to terminate its dealership agreement is not relevant to the claims raised in Foundation's complaint.

Respectfully submitted,

John M. Whelan
MLG Attorneys at Law, APLC
Counsel for Defendants

Los Angeles  |  Orange County  |  Sacramento  |  San Bernardino  |  San Diego  |  San Francisco

## CERTIFICATE OF SERVICE
### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

I hereby certify under penalty of perjury that on this 25th day of April 2024, a copy of the foregoing:

**1.) Defendants' Informal Discovery Dispute Letter Brief**

was filed electronically.

<u>X</u>      This filing was served electronically to all parties by operation of the Court's electronic filing system.

*/s/ Sabrina Markarian*

1

**DEFENDANTS' INFORMAL DISCOVERY DISPUTE LETTER BRIEF**