HOLLAND & KNIGHT LLP
David I. Holtzman (SBN 299287)
Daniel P. Kappes (SBN 303545)
Andrew Klair (SBN 334960)
Isabella Granucci (SBN 351957)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Fax:  415.743.6910
E-mail:david.holtzman@hklaw.com
        daniel.kappes@hklaw.com
        andrew.klair@hklaw.com
        isabella.granucci@hklaw.com

Attorneys for Plaintiff
FOUNDATION AUTO HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>Defendants.<br><br>TEMPLETON MARSH, LTD.,<br><br>Intervenor,<br>vs.<br><br>WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California,<br><br>Defendants. | Case No.: 1:21-cv-00970-JLT-EPG<br><br>**DECLARATION OF ANDREW KLAIR IN SUPPORT OF FOUNDATION'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS**<br><br>Date:     October 24, 2024<br>Time:     1:30 p.m.<br>Dept.:    Courtroom 10<br>Judge:   Hon. Erica P. Grosjean<br><br>First Amended Complaint Filed: November 11, 2022<br>Trial Date: June 3, 2025 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

I, Andrew Klair, hereby declare and state as follows:

1.    I am an attorney at law duly licensed to practice law in the State of California. I am a lawyer at the law firm Holland & Knight LLP, counsel of record for Plaintiff Foundation Auto Holdings, LLC ("Foundation"). Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify to such facts.

2.    On October 24, 2024, the Court heard Foundation's Motion to Compel Production of Documents. On October 29, 2024, the Court granted Foundation's request for sanctions and Ordered [ECF 101] Foundation to review and supplement invoices reflecting the costs, including attorney's fees, Foundation seeks in bringing its Motion to Compel Production of Documents.

3.    The Court held Foundation may only seek those fees Foundation directly incurred in bringing its Motion, and must exclude any pre-filing activities such as meeting and conferring with opposing counsel and costs associated with the informal discovery conference.

4.    Foundation originally sought $32,502.00 in estimated fees and costs associated with preparing for and bringing its Motion. After review of Foundation's legal invoices, Foundation has incurred **$29,129.50** in attorneys' fees relating to the Motion to Compel Production of Documents. This amount is conservative and **<u>does not include</u>** the time Holland & Knight spent preparing for and attending the hearing on October 24, 2024. Foundation also does **<u>not seek</u>** fees for split time entries. Several entries, in the attached invoices, include work for matters both related and unrelated to the Motion to Compel Production. In strict compliance with the Court's Order, Foundation does not seek any fees for these split entries and the below entries are **<u>not</u>** included in Foundation's request for sanctions:

- July 9, 2024, David I. Holtzman totaling $1,640.00 - **Exhibit 1**.
- July 13, 2024, David I. Holtzman totaling $1,537.50 - **Exhibit 1**.
- July 23, 2024, David I. Holtzman totaling $512.50 - **Exhibit 1**.

5.    The hourly rates of the attorneys who worked on this matter are:

- Associate Isabella Granucci: $630.00
- Associate Ana Dragojevic: $725.00
- Associate Andrew Klair: $775.00

- 2 -

- Partner Daniel P. Kappes: $1,025.00

- Partner David I. Holtzman: $1,025.00

6.     Attached hereto as **Exhibits 1-3** are invoices reflecting the hours worked on this discrete matter as of September 24, 2024. Foundation has incurred other expenses but for the purpose of conserving judicial efforts and streamlining the process, I redacted the portions of the invoices unrelated to the Motion to Compel Production of Documents and to which Foundation does not seek reimbursement. A full description and narrative of work performed for each time entry related to the Motion to Compel Production of Documents is provided in the invoices. I have reviewed and redacted all costs unrelated to the Motion to Compel Production of Documents and have manually calculated the costs for work relating to the Motion to Compel Production of Documents for each invoice.

7.     The attorneys' fees Foundation has paid are as follows for each invoice:

- **Exhibit 1** - August 5, 2024, Invoice 33439089: **$24,536.00**

- **Exhibit 2** - September 6, 2024, Invoice 33461928: **$2,338.50**

- **Exhibit 3** – October 3, 2024, Invoice 33483660: **$2,255.00**

8.     The invoices reflect Foundation has paid approximately **$29,129.50** in attorneys' fees related to the Motion to Compel Production of Documents as of September 24, 2024. Invoices have not been issued for work done after September 24, 2024, and those costs are not sought here, like the fees incurred attending the Motion hearing.

9.     In their opposition to Foundation's Motion, Defendants failed to identify specific time entries they found objectionable. To the extent Defendants (belatedly) now seek to exclude certain time entries, Foundation reserves its right to seek costs for attending the Motion hearing and partial reimbursement for split time entries.

I declare under penalty of perjury and the laws of the United States and of California that the foregoing is true and correct.

Dated: November 4, 2024

/s/ Andrew Klair
Andrew Klair

- 3 -

DECLARATION OF ANDREW KLAIR ISO
MOTION TO COMPEL AND SANCTIONS REQUEST                    CASE NO: 1:21-CV-00970-JLT-EPG

# Exhibit 1

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.                                                                 August 5, 2024
211 Highland Cross Drive, Suite 260                                                    Invoice 33439089
Attn: Derek Slemko
Houston, TX 77073                                                                          **Due On Receipt**

**Remittance Copy**

Matter 161150.00026

Fresno Litigation

Fees For Professional Services
Legal Support Services Costs
**Total Due This Invoice**

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA #063107513
Account #2090002390441
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA  94104-1207

Routing/ABA #121000248
Account #2090002390441

*Swift Routing Number: WFBIUS6S
(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110.
For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

For more information about our privacy practices, please visit Privacy at Holland & Knight (https://www.hklaw.com/en/firm/legal/privacy).

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.
211 Highland Cross Drive, Suite 260
Attn: Derek Slemko
Houston, TX 77073

August 5, 2024
Invoice 33439089
Page 1

**Due On Receipt**

For professional services rendered through July 31, 2024 in connection with the following

Matter 161150.00026
Fresno Litigation

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ |
| 07/02/24 | David I. Holtzman | Discussion with other attorneys regarding motion to compel; begin outline of same; begin research in support of same; correspond with intervenor regarding settlement and motion to compel. | 1.20 | 1,025.00 | 1,230.00 |
| 07/02/24 | Dan P. Kappes | Team discussion re. motion to compel for Defendants' failure to produce and violation of Court order; outline motion. | 0.40 | 1,025.00 | 410.00 |
| 07/03/24 | Isabella Granucci | Confer with D. Holtzman and A. Klair re discovery motion; Research and analyze Local Rules for discovery motions; Draft email to opposing counsel about joint statement for discovery motion; Draft motion for leave to file discovery motion; Send same to A. Klair for review and revising. | 1.60 | 630.00 | 1,008.00 |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| 07/09/24 | David I. Holtzman | ██; telephone call with other attorney regarding same and motion | 1.60 | 1,025.00 | 1,640.00 |

# Holland & Knight

Foundation Automotive Corp.
161150.00026

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | to compel; review and revise motion to compel; telephone call with other attorney regarding revisions and requirements of local rules; review Order from Court setting settlement conference. | | | |
| 07/09/24 | Dan P. Kappes | Draft Motion to Compel and Request for Sanctions for Defendants' failure to produce by July 1 discovery deadline; review and redact invoices, assign tasks and projects to associate team and review; review, edit, and revise Kappes declaration in support of motion; call with D. Holtzman re. Local Rule 251 disagreement; participate in Court follow-up conference. | 4.70 | 1,025.00 | 4,817.50 |
| 07/09/24 | Isabella Granucci | Draft and revise Declaration of D. Kappes in support of request for attorneys' fees; Calculate attorneys' fees billed to date for use in same; Review and revise discovery motion; Confer with D. Kappes re same; Review docket to confirm filings for proper citations in motion; Update and verify correct citations in motion. | 3.10 | 630.00 | 1,953.00 |
| 07/09/24 | Andrew Klair | Confer with team re status on motion to compel and review initial draft thereof; review documentary evidence and confer with I. Granucci re use of same in upcoming motion to compel. | 0.60 | 775.00 | 465.00 |
| 07/10/24 | David I. Holtzman | Continue work on motion to compel; discussion with other attorneys regarding compliance with local rule 251; continue work on assessment of manufacturer approvals;. | 1.20 | 1,025.00 | 1,230.00 |
| 07/10/24 | Isabella Granucci | Proofread and revise discovery motion and declaration; Research and analyze case law re financial records being used to prove damages; Confer with A. Klair re exhibits for discovery motion. | 1.40 | 630.00 | 882.00 |
| ███████ | ███████ | ██████████████████ | ███ | ███ | ███ |
| 07/11/24 | David I. Holtzman | Revise motion to compel; telephone call with other attorney regarding same; revise | 1.50 | 1,025.00 | 1,537.50 |

# Holland & Knight

August 5, 2024
Invoice 33439089
Page 3

Foundation Automotive Corp.
161150.00026

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | declaration in support of same; telephone call with other attorney regarding revisions to same; telephone call with other attorney regarding exhibits. | | | |
| 07/11/24 | Dan P. Kappes | Finalize Kappes Declaration in support of motion to compel and request for sanction; finalize and proof motion for same; confirm exhibits and redactions of attorney invoices, call with D. Holtzman re. proposes revisions; coordinate filing of same. | 1.30 | 1,025.00 | 1,332.50 |
| 07/11/24 | Isabella Granucci | Revise and finalize discovery motion and corresponding declaration; Research and find all documents cited in motion and compile exhibits; Confer with D. Holtzman about revisions to motion; Send all moving papers to team for final review. | 2.60 | 630.00 | 1,638.00 |
| 07/12/24 | Dan P. Kappes | Work and coordinate with associates and practice assistant on filing motion to compel and request for sanctions, review edited same, and read and respond to emails re. same. | 0.30 | 1,025.00 | 307.50 |
| 07/12/24 | Isabella Granucci | Revise and finalize motion and declaration for filing; Coordinate and oversee filing and service of same; Draft separate statement in support of motion; Confer with D. Holtzman re same. | 2.00 | 630.00 | 1,260.00 |
| 07/13/24 | David I. Holtzman | ███████████████; review final motion for leave to file and motion to compel; ██████████ | 1.50 | 1,025.00 | 1,537.50 |

# Holland & Knight

August 5, 2024
Invoice 33439089
Page 4

Foundation Automotive Corp.
161150.00026

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | ██████████████████████████ ██████████████. | | | |
| ████ | ████████ | █████████████████████████ ████████████ | ██ | ████ | ████ |
| 07/17/24 | David I. Holtzman | Review Order from Court regarding informal discovery conference and briefing schedule for motion to compel. | 0.30 | 1,025.00 | 307.50 |
| ████ | ████████ | ████████████████████████ ███████ | ██ | ████ | ████ |
| 07/23/24 | David I. Holtzman | ███████████████████; discussion with other attorney regarding motion to compel; review correspondence with intervenor regarding same. | 0.50 | 1,025.00 | 512.50 |
| ████ | ████████ | █████████████████████████ ██████████ | ██ | ████ | ████ |
| ████ | ████████ | ████████████████████████ ███████ | ██ | ████ | ████ |
| ████ | ████████ | █████████████████████████ ██████████ | ██ | ████ | ████ |
| 07/26/24 | David I. Holtzman | Review opposition brief; telephone call with other attorney regarding same. | 0.40 | 1,025.00 | 410.00 |
| 07/26/24 | Dan P. Kappes | Review Wilson opposition to Foundation's motion to compel and sanctions, call with D. Holtzman, compare argument against stipulation, and counsel declaration in support of same. | 0.80 | 1,025.00 | 820.00 |
| ████ | ████████ | ████████████████ ██████ | ██ | ██ | ████ |
| 07/29/24 | Isabella Granucci | Review and analyze Defendants' opposition to our Motion to Compel. | 0.30 | 630.00 | 189.00 |

# Holland & Knight

Foundation Automotive Corp.
161150.00026

| Date | Professional | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| ███ | ███████ | ████████████ | ██ | ██ | ███ |
| 07/31/24 | David I. Holtzman | Review and revise reply; correspond with other attorneys regarding same; research in support of same. | 1.80 | 1,025.00 | 1,845.00 |
| 07/31/24 | Dan P. Kappes | Draft first draft of Reply in support of Motion to Compel and for Sanctions, review D. Holtzman redlines and revisions, and coordinate with associates for filing of same. | 2.70 | 1,025.00 | 2,767.50 |
| 07/31/24 | Isabella Granucci | Review and analyze draft of reply to Defendant's opposition to our motion to compel; Confer with A. Klair re same. | 0.20 | 630.00 | 126.00 |

**Total Fees For Professional Services** ████████

## Professional Summary

| Professional | Title | Hours |
|--------------|-------|-------|
| ████ | ████ | ███ |
| ████ | ████ | ███ |
| ███ | ██████ | ██ |
| ███ | ██████ | ██ |
| ███ | ██████ | ██ |
| ██ | ██████ | ██ |

**Reimbursable costs through July 31, 2024**

| Date | Description | Amount |
|------|-------------|--------|
| | Legal Support Services Costs (See Addendum) | █████ |
| | **Total Reimbursable & Legal Support Services Costs** | █████ |

**Invoice Summary**

Fees For Professional Services ██████

# Holland & Knight

Foundation Automotive Corp.
161150.00026

| | |
|---|---|
| Legal Support Services Costs | █████ |

| **Total Due This Invoice** | ████████ |

# Holland & Knight

Foundation Automotive Corp.
161150.00026

**Legal Support Fees and Services through July 31, 2024 (Addendum)**

| Legal Support Services Fees and Costs  (Summary) | |
| --- | --- |
| Function: e-Data Management Services | ■■■ |
| **Total** | ■■■ |

**Legal Support Services Fee and Cost Details**

| Function: e-Data Management Services | | | |
| --- | --- | --- | --- |
| **Secure e-Data Management** e-Data Management Costs include the secure handling of client data, including infrastructure support, software costs, e.g., Relativity, conversion of native files, and bates labeling and confidentiality endorsements for production. This charge includes the use of Relativity analytics (email threading, deduplication, Technology-Assisted Reviewing, and Active Learning). | | | |
| **Tier** | **Cost Per Unit** | **Total Units** | **Total Cost** |
| Special flat rate of $15.0/GB | ■■ | ■■ | ■■■ |
| Relativity user licenses included | ■■ | ■■ | ■■ |

**Total Legal Support Services Fees and Costs**

# Exhibit 2

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.
211 Highland Cross Drive, Suite 260
Attn: Derek Slemko
Houston, TX 77073

September 6, 2024
Invoice 33461928

**Due On Receipt**

**Remittance Copy**

Matter 161150.00026

Fresno Litigation

| | |
|---|---|
| Fees For Professional Services |  |
| Reimbursable Costs | |
| Legal Support Services Costs | |
| **Total Due This Invoice** | |

---

**Payment Information**

**Electronic Check through Client Pay (Preferred):**
For client portal setup, contact:
cashapplications@hklaw.com

**ACH (Preferred):** Holland & Knight LLP Wells Fargo Bank N.A.
Routing/ABA #063107513
Account #2090002390441
*CTX format is preferred.*

**Wire:**
Wells Fargo Bank N.A.
420 Montgomery Street
San Francisco, CA  94104-1207

Routing/ABA #121000248
Account #2090002390441

*Swift Routing Number: WFBIUS6S
(for international wires)*

**Mail:**
Holland & Knight LLP
P.O. Box 936937
Atlanta, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 Atlanta Avenue
Hapeville, GA 30354-1705

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110.
For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

For more information about our privacy practices, please visit Privacy at Holland & Knight (https://www.hklaw.com/en/firm/legal/privacy).

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.                                September 6, 2024
211 Highland Cross Drive, Suite 260                        Invoice 33461928
Attn: Derek Slemko                                                  Page 1
Houston, TX 77073

**Due On Receipt**

For professional services rendered through August 31, 2024 in connection with the following

Matter 161150.00026

Fresno Litigation

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/24 | Dan P. Kappes | Team emails re. filing of Reply. | 0.20 | 1,025.00 | 205.00 |
| 08/01/24 | Isabella Granucci | Review and analyze revisions to reply ISO motion to compel. | 0.20 | 630.00 | 126.00 |
| 08/01/24 | Andrew Klair | Final review and edits to reply in support of motion to request leave to file motion to compel and file and serve the same. | 1.40 | 775.00 | 1,085.00 |
| 08/04/24 | David I. Holtzman | Review final reply; correspond with other attorneys regarding same. | 0.90 | 1,025.00 | 922.50 |

# Holland & Knight

Foundation Automotive Corp.
161150.00026



| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| ███ | ███ | ███ | █ | █ | ███ |
| ███ | ███ | ███ | █ | █ | █ |
| ███ | ███ | ███ | █ | █ | █ |
| ███ | ███ | ███ | █ | █ | █ |
| ███ | ███ | ███ | █ | █ | █ |
| ███ | ███ | ███ | █ | █ | ███ |

**Total Fees For Professional Services** ███

## Professional Summary

| Professional | Title | Hours |
|-------------|-------|-------|
| ██ | ██ | ██ |
| ██ | ██ | ██ |
| ██ | ███ | ██ |
| ██ | ███ | ██ |
| █ | ███ | ██ |

# Holland & Knight

September 6, 2024
Invoice 33461928
Page 3

Foundation Automotive Corp.
161150.00026

**Reimbursable costs through August 31, 2024**

| Date | Description | Amount |
|---|---|---|
| | E-Discovery Relativity User Licenses | ▮ |
| | Online Research | ▮ |
| | Legal Support Services Costs (See Addendum) | ▮ |
| | **Total Reimbursable & Legal Support Services Costs** | ▮ |

**Invoice Summary**

| | |
|---|---|
| Fees For Professional Services | ▮ |
| Reimbursable Costs | ▮ |
| Legal Support Services Costs | ▮ |
| **Total Due This Invoice** | ▮ |

# Holland & Knight

September 6, 2024
Invoice 33461928
Page 4

Foundation Automotive Corp.
161150.00026

**Legal Support Fees and Services through August 31, 2024 (Addendum)**

| Legal Support Services Fees and Costs  (Summary) | |
|---|---|
| Function: e-Data Management Services | ▮ |
| **Total** | ▮ |

**Legal Support Services Fee and Cost Details**

| **Function: e-Data Management Services** | | | |
|---|---|---|---|
| **Secure e-Data Management** e-Data Management Costs include the secure handling of client data, including infrastructure support, software costs, e.g., Relativity, conversion of native files, and bates labeling and confidentiality endorsements for production. This charge includes the use of Relativity analytics (email threading, deduplication, Technology-Assisted Reviewing, and Active Learning). | | | |
| **Tier** | **Cost Per Unit** | **Total Units** | **Total Cost** |
| Relativity user licenses included | ▮ | ▮ | ▮ |
| Special flat rate of $15.0/GB | ▮ | ▮ | ▮ |

**Total Legal Support Services Fees and Costs**

# Exhibit 3

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.                                                October 3, 2024
211 Highland Cross Drive, Suite 260                                      Invoice 33483660
Attn: Derek Slemko
Houston, TX 77073                                                        **Due On Receipt**

**Remittance Copy**

Matter 161150.00026

Fresno Litigation

Fees For Professional Services
Legal Support Services Costs
**Total Due This Invoice**



---

**Payment Information**

| | | |
|---|---|---|
| **Electronic Check through Client Pay (Preferred):** | | **Mail:** |
| For client portal setup, contact: | **Wire:** | Holland & Knight LLP |
| cashapplications@hklaw.com | Wells Fargo Bank N.A. | P.O. Box 936937 |
| | 420 Montgomery Street | Atlanta, GA 31193-6937 |
| | San Francisco, CA  94104-1207 | |
| **ACH (Preferred):** Holland & | | **For Overnight Express** |
| Knight LLP Wells Fargo Bank N.A. | | **(UPS, FedEx, etc.) or Courier Delivery:** |
| Routing/ABA #063107513 | Routing/ABA #121000248 | LOCKBOX SERVICES 936937 |
| Account #2090002390441 | Account #2090002390441 | Holland & Knight LLP |
| *CTX format is preferred.* | *Swift Routing Number: WFBIUS6S* | 3585 Atlanta Avenue |
| | *(for international wires)* | Hapeville, GA 30354-1705 |

Please include the matter number(s) or invoice number(s) with your payment. As an added security measure, it is recommended that clients remitting payment for the first time, or changing payment forms, first verbally verify payment instructions. For remittance confirmation, vendor set-up, verbal wire and ACH instruction verification, contact: cashapplications@hklaw.com | +1-813-901-4110. For all other billing and payment questions, contact: account.services@hklaw.com | +1-813-901-4180.

For more information about our privacy practices, please visit Privacy at Holland & Knight (https://www.hklaw.com/en/firm/legal/privacy).

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Foundation Automotive Corp.
211 Highland Cross Drive, Suite 260
Attn: Derek Slemko
Houston, TX 77073

October 3, 2024
Invoice 33483660
Page 1

**Due On Receipt**

For professional services rendered through September 30, 2024 in connection with the following

Matter 161150.00026
Fresno Litigation



| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

# Holland & Knight

October 3, 2024
Invoice 33483660
Page 2

Foundation Automotive Corp.
161150.00026

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|



| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09/20/24 | David I. Holtzman | Review correspondence from Court regarding oral argument date; correspond with other attorney regarding same. | 0.40 | 1,025.00 | 410.00 |
| 09/20/24 | Andrew Klair | Review minute order by Court regarding hearing on motion to compel; review prior discovery responses and begin preparing document in compliance with Court Order. | 0.50 | 775.00 | 387.50 |
| 09/22/24 | David I. Holtzman | Telephone call with other attorney regarding preparation of supplemental briefing per court request. | 0.50 | 1,025.00 | 512.50 |
| 09/23/24 | Isabella Granucci | Compile all discovery requests and discovery responses into one document in response to Court's Order; Confer with A. Klair re same. | 1.00 | 630.00 | 630.00 |
| 09/24/24 | Isabella Granucci | Finish compiling all discovery requests and responses; Finalize same and send to A. Klair for review. | 0.50 | 630.00 | 315.00 |

**Total Fees For Professional Services**                                    ▮▮▮▮▮

# Holland & Knight

Foundation Automotive Corp.
161150.00026

## Professional Summary

| Professional | Title | Hours |
|---|---|---|
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

**Reimbursable costs through September 30, 2024**

| Date | Description | Amount |
|---|---|---|
| | Legal Support Services Costs (See Addendum) | ▮ |
| | **Total Reimbursable & Legal Support Services Costs** | ▮ |

**Invoice Summary**

| | Amount |
|---|---|
| Fees For Professional Services | ▮ |
| Legal Support Services Costs | ▮ |
| **Total Due This Invoice** | ▮ |

# Holland & Knight

October 3, 2024
Invoice 33483660
Page 4

Foundation Automotive Corp.
161150.00026

**Legal Support Fees and Services through September 30, 2024 (Addendum)**

| Legal Support Services Fees and Costs  (Summary) | |
| --- | --- |
| Function: e-Data Management Services | ▆ |
| **Total** | ▆ |

**Legal Support Services Fee and Cost Details**

| Function: e-Data Management Services | | | |
| --- | --- | --- | --- |
| **Secure e-Data Management** e-Data Management Costs include the secure handling of client data, including infrastructure support, software costs, e.g., Relativity, conversion of native files, and bates labeling and confidentiality endorsements for production. This charge includes the use of Relativity analytics (email threading, deduplication, Technology-Assisted Reviewing, and Active Learning). | | | |
| **Tier** | **Cost Per Unit** | **Total Units** | **Total Cost** |
| Special flat rate of $15.0/GB | ▆ | ▆ | ▆ |
| Relativity user licenses included | ▆ | ▆ | ▆ |

**Total Legal Support Services Fees and Costs**