Jonathan A. Michaels, Esq. – CA Bar No. 180455
(jmichaels@defectattorney.com)
John M. Whelan, Esq. – CA Bar No. 174928
(jwhelan@defectattorney.com)
**MLG ATTORNEYS AT LAW, APLC**
600 Anton Blvd., Suite 1200
Costa Mesa, CA 92626
Telephone: (949) 581-6900
Facsimile: (949) 581-6908

Attorneys for Defendants,
Weber Motors, Fresno, Inc., CJ's Road to LeMans Corp., and
Christopher John Wilson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California, <br><br> Defendants. | Case No. 1:21-cv-00970-JLT-EPG <br><br> Assigned to: Hon. Erica P. Grosjean <br><br> **STATUS REPORT** |

1

**STATUS REPORT**

Defendants Weber Motors, Fresno, Inc., CJ's Road to LeMans Corp., and Christopher John Wilson, by and through their counsel of record, hereby submit this Status Report as follows:

1.      **Depositions:** Mr. Borkum is available for his deposition in late January 2025. Ms. Zimmerman is available for her deposition on the following dates in December 2024: 11, 12, 17, 18, 19, and in January 2025:14, 15, 16, 21, 22, 23. Our office is in process of determining Mr. Wilson's availability for deposition.

**MLG ATTORNEYS AT LAW, APLC**

Dated: November 20, 2024          By: _____

Jonathan A. Michaels, Esq.
John M. Whelan, Esq.
Attorneys for Defendants,
Weber Motors, Fresno, Inc.,
CJ's Road to LeMans Corp., and
Christopher John Wilson

2

**STATUS REPORT**

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

I hereby certify under penalty of perjury that on this 20th day of November 2024, a copy of the foregoing:

## 1.) **STATUS REPORT**

was filed electronically.

X     This filing was served electronically to all parties by operation of the Court's electronic filing system.

*/s/ Sabrina Markarian*

1

**CERTIFICATE OF SERVICE**