

**United States District Court**
**Eastern District of California**



FILED

FEB 20 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____PMN
DEPUTY CLERK

| Foundation Auto Holdings, LLC |
|---|

Plaintiff(s)

Case Number: 1:21-cv-00970-JLT-EPG

V.

| Weber Motors, Fresno, Inc., et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Thomas Moring _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
All defendants

On _____10/29/2001_____ (date), I was admitted to practice and presently in good standing in the _____State of Arizona and District Courts_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/19/2025_____    Signature of Applicant: /s/ Thomas Moring

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Thomas Moring |
| Law Firm Name: | Jaburg and Wilk, P.C. |
| Address: | 1850 N. Central Avenue |
| | Suite 1200 |
| City: | Phoenix    State: AZ    Zip: 85004 |
| Phone Number w/Area Code: | (602) 248-1000 |
| City and State of Residence: | Phoenix, Arizona |
| Primary E-mail Address: | tsm@jaburgwilk.com |
| Secondary E-mail Address: | amc@jaburgwilk.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David L. Allen |
| Law Firm Name: | Jaburg and Wilk, P.C. |
| Address: | 1850 N. Central Avenue |
| | Suite 1200 |
| City: | Phoenix    State: AZ    Zip: 85004 |
| Phone Number w/Area Code: | (602) 248-1000    Bar # 075673 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/20/25

_____
JUDGE, U.S. DISTRICT COURT



# Supreme Court
### STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **THOMAS MORING,** was duly admitted to practice as an attorney, and counselor at law in all courts of Arizona by the Supreme Court of Arizona October 29, 2001, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

During the preceding ten (10) years, this attorney has had discipline imposed as follows:

October 14, 2020         Admonition, costs and probation

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **MARCH 22 2024**.

_____
Aaron Nash
Associate Disciplinary Clerk

OR
_____
Kristina Tuba
Associate Disciplinary Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF ARIZONA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

## THOMAS MORING

*was on the 29th day of October, 2001 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; during the past 10 years, this attorney has had discipline imposed upon him in the form of Admonition, Costs and Probation on October 14, 2020 and that his name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*

*Given under my hand and the seal of said Court this 27th of March, 2024*

TRACIE K. LINDEMAN, Clerk

By *(signature)*
*Ana Ramirez*
*Deputy Clerk III*