UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WEBER MOTORS, FRESNO, INC.; CJ'S ROAD TO LEMANS CORP.; CHRISTOPHER JOHN WILSON.<br><br>———————————————————<br><br>WEBER MOTORS, FRESNO, INC.; et al.,<br><br>        Petitioners,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO,<br><br>        Respondent,<br><br>FOUNDATION AUTO HOLDINGS. LLC; TEMPLETON MARSH LTD.,<br><br>        Real Parties in Interest. | No. 26-1272<br><br>D.C. No. 1:21-cv-00970-EPG<br>Eastern District of California, Fresno<br><br>ORDER |

Before: OWENS, MILLER, and BUMATAY, Circuit Judges.

Petitioners have not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**