HOLLAND & KNIGHT LLP
David I. Holtzman (SBN 299287)
Daniel P. Kappes (SBN 303545)
Andrew Klair (SBN 334960)
Isabella Granucci (SBN 351957)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Fax:  415.743.6910
E-mail:david.holtzman@hklaw.com
        daniel.kappes@hklaw.com
        andrew.klair@hklaw.com
        isabella.granucci@hklaw.com

Attorneys for Plaintiff
FOUNDATION AUTO HOLDINGS, LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California, <br><br> Defendants. | Case No.: 1:21-cv-00970- EPG <br><br> **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| TEMPLETON MARSH, LTD., <br><br> Intervenor, <br><br> vs. <br><br> WEBER MOTORS, FRESNO, INC. d/b/a BMW Fresno, a California corporation; CJ'S ROAD TO LEMANS CORP. d/b/a Audi Fresno and Porsche Fresno, a California corporation; and CHRISTOPHER JOHN WILSON, an individual and resident of the State of California, <br><br> Defendants. | |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Foundation Auto Holdings, LLC, Defendants Weber Motors, Fresno, Inc., CJ's Road to Lemans Corp., and Christopher John Wilson, and Intervenor Templeton Marsh, Ltd., constituting all parties who have appeared, hereby stipulate to dismiss the present action with prejudice.

**SO STIPULATED.**

Dated:  April 24, 2026

**HOLLAND & KNIGHT LLP**

/s/ Daniel P. Kappes
David I. Holtzman
Daniel P. Kappes
Andrew Klair
Isabella Granucci

Attorneys for Plaintiff Foundation Auto Holdings, LLC

Dated:  April 24, 2026          **NICOLL BLACK & FEIG PLLC**

/s/ Camille Zuber (as authorized on 4/24/26)
Forrest Booth
Camille Zuber

Attorneys for Intervenor Templeton Marsh, Ltd.

Dated:  April 27, 2026          **JABURG WILK**

/s/ David Allen (as authorized on 4/27/26)
David Allen
Tom Moring

Attorneys for Defendants Weber Motors, Fresno, Inc., CJ's Road to Lemans Corp., and Christopher John Wilson

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

- 2 -

# [PROPOSED] ORDER

The present action, case no. 1:21-cv-00970- EPG, is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

- 3 -

STIPULATION TO DISMISS CASE                    CASE NO: 1:21-CV-00970-EPG