UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION AUTO HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> WEBER MOTORS, FRESNO, INC., *et al.*, <br><br> Defendants. | Case No.   1:21-cv-00970-EPG <br><br> ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF No. 242). |
| TEMPLETON MARSH, LTD., <br><br> Intervenor Plaintiff, <br><br> v. <br><br> WEBER MOTORS, FRESNO, INC., *et al.*, <br><br> Defendants. | |

On April 27, 2026, the parties filed a joint stipulation of dismissal, stating as follows:

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Foundation Auto Holdings, LLC, Defendants Weber Motors, Fresno, Inc., CJ's Road to Lemans Corp., and Christopher John Wilson, and Intervenor Templeton Marsh, Ltd., constituting all parties who have appeared, hereby stipulate to dismiss the present action with prejudice.

(ECF No. 242).

///

1

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 30, 2026**                          /s/ *Eric P. Grog*
                                                UNITED STATES MAGISTRATE JUDGE

2